ADELAIDE M. THOMPSON, Appellant, *v.* PATRICK CASHIN et al., Respondents.

(Argued June 12, 1885; decided June 26, 1885.)

*James C. de La Mare* for appellants.

*John A. Taylor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.